Scott M. Grace, SBN 236621
Grace Law, APC
1958 Sunset Cliffs Boulevard
San Diego, CA  92107
Phone: (619) 346-4611
Facsimile: (619) 501-8106
sgrace@gracelawapc.com

Attorney for Plaintiff James Brady

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Brady,<br><br>                    Plaintiff,<br><br>vs.<br><br>Collecto, Inc. dba EOS CCA; U.S. Asset Management, Inc.; and Does 1-5.<br><br>                    Defendants. | Case No. '20CV1531 H    MSB<br><br>COMPLAINT FOR VIOLATIONS OF:<br><br>• FEDERAL FAIR DEBT COLLECTION PRACTICES ACT<br><br>DEMAND FOR JURY TRIAL |

Complaint                                                                                            Case #

-1-

## I. Introduction

1. Plaintiff James Brady, ("Brady" or "Plaintiff"), through his counsel, brings this action to challenge the acts of Defendants Collecto Inc. ("Collecto") and U.S. Asset Management, Inc. (hereinafter "US Asset") (collectively "Defendants") regarding violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA") which prohibits debt collectors and creditors from engaging in abusive, deceptive and unfair practices.

2. Plaintiff makes these allegations on information and belief, with the exception of those allegations that pertain to Plaintiff or Plaintiff's counsel, which Plaintiff alleges on personal knowledge.

3. While many violations are described below with specificity, this Complaint alleges violations of the statutes cited in their entirety.

4. Plaintiff is unaware of the true names or capacities, whether individual, corporate, associate or otherwise of the Defendants sued herein as Does 1 through 5, and therefore, sues the Defendants by such fictitious names.

5. Any violations by Defendants were knowing, willful, and intentional, and Defendants did not maintain procedures reasonably adapted to avoid any such violations.

## II. Jurisdiction and Venue

6. This action arises out of violations by each of the Defendants of the FDCPA under 15 U.S.C. §1692, *et seq.* Jurisdiction arises pursuant to 15 U.S.C. §1692(k)(d).

7. As Defendants do business in the state of California, and committed the acts that form the basis for this suit in the state of California, the Court has personal jurisdiction over Defendants for purposes of this action.

8. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)2.

### III. Parties

9. Plaintiff is a natural person residing in Imperial Beach, California, and is a consumer within the meaning of 15 U.S.C. §1692a(3) of the FDCPA in that he is a natural person purportedly obligated to pay a consumer debt, allegedly owed to US Asset (hereinafter "Debt").

10. Plaintiff is informed and believes that Defendant Collecto is and was at all relevant times a Massachusetts corporation with its corporate address at 700 Longwater Drive, Norwell, MA 02061, whose principal purpose is to collect money on the debts it purchases, and as such Collecto is a "debt collector" under 15 U.S.C. §1692a.

11. Plaintiff is informed and believes that Defendant US Asset is and was at all relevant times a Massachusetts corporation with its corporate address at 700 Longwater Drive, Norwell, MA 02061, whose principal purpose is to collect money on the debts it purchases, and as such US Asset is a "debt collector" under 15 U.S.C. §1692a.

### IV. Facts Common to all Claims for Relief

14. On July 16, 2018, EOS CCA sent a collection letter to Plaintiff claiming that an account was due and owing to US Asset with a total balance of $888.19, account # 13-8646600 (Exhibit 1). On that letter, EOS CCA provided a mailing address of PO Box 981008, Boston, MA 02298-1008.

15. On April 8, 2019, through his counsel Scott M. Grace, Plaintiff notified EOS CCA in writing that Mr. Grace now represented him in all matters regarding the alleged account, and additionally demanded that EOS CCA cease and desist all communication "with me, and my family, friends, and employer" regarding the alleged account. (Exhibit 2)

16. On or about August 26, 2019, Plaintiff received a letter dated August 20, 2019 from EOS CCA which was delivered to his personal address, not Scott M. Grace's office.

Complaint                                                                                          Case #

17. On or about October 21, 2019, Plaintiff received a letter dated October 16, 2019 from EOS CCA which was delivered to his personal address, not Scott M. Grace's office.

18. By engaging in the foregoing conduct, the natural consequence being harassment and oppression of Brady, in connection with the collection of a debt, Defendants violated 15 U.S.C. §1692c and 15 U.S.C. §1692d.

19. Plaintiff was harmed by Defendants' conduct because Defendants' improper debt collection practices caused unnecessary confusion, complications and caused actual damages to Plaintiff by forcing him to have to send numerous ineffective notifications regarding Plaintiff's representation by counsel.

## FIRST CLAIM FOR RELIEF
### (Violations of the FDCPA)

20. Plaintiff re-alleges and incorporates herein by reference the allegations contained in the paragraphs above.

21. Defendants violated the FDCPA. Defendants' violations include, but are not limited to the following:

   a. 15 U.S.C. §1692c by continuing to contact Plaintiff after receiving notice that Plaintiff is represented by an attorney;

   b. 15 U.S.C. §1692d by engaging in behavior the natural consequence of which is to harass, abuse or oppress;

   c. 15 U.S.C. §1692f by use of an unfair or unconscionable means to collect or attempt to collect a debt; and

22. Plaintiff is entitled to actual damages sustained as a result of Defendants' conduct, in an amount according to proof; to statutory damages of $1,000 each; to costs of the action; and to reasonable attorney's fees, all pursuant to *15 U.S.C. §1692k.*

Complaint                                                                                                  Case #

**PRAYER FOR RELIEF**

Plaintiff prays that judgment be entered against all named Defendants, and prays for the following relief:

1. An award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against Defendants and for the Plaintiff;

2. An award of statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A) against Defendants and for the Plaintiff;

3. An award of costs of litigation and reasonable attorney's fees against Defendants and for the Plaintiff, pursuant to 15 U.S.C. § 1692k(a)(3);

**JURY DEMAND**

1. Plaintiff demands a trial by jury.

Date: August 7, 2020

/s/Scott M. Grace
Scott M. Grace
Attorney for Plaintiff

Complaint                                                                 Case #